# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE ESTATE OF
DEMETRIOS A. DALACAS,
DECEASED.

RYAN MCCLARAN,
                    Appellant,
          vs.
ESTATE OF DEMETRIOS A. DALACAS;
AND JASEN E. CASSADY,
                    Respondents.

No. 83702

FILED

JAN 2 8 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order appointing a special administrator and from special letters of administration. Eighth Judicial District Court, Clark County; Veronica Barisich, Judge.

Appellant filed a notice of appeal from "the Order Affirming Report and Recommendation Appointing Jasen Cassady as Special Administrator entered in this case on September 21, 2021, with Notice of Entry being filed September 22, 2021, and the Letters of Special Administration filed on September 27, 2021." Appellant then filed a "motion for determination of standing to appeal" asking this court to determine whether it has jurisdiction over the appeal because the two applicable statutes appear to conflict. Specifically, NRS 140.020(3)(b) expressly provides that no appeal may be taken from an order appointing a special administrator, while NRS 155.190(1)(a) provides expressly that an order issuing or revoking letters of administration is an appealable order. On December 17, 2021, this court entered an order explaining that the appeal may not be taken from the order appointing a special administrator, but

22-02894

that the statute permits a challenge by appeal to letters of administration. *See* NRS 155.190(1)(a).

The parties now seek clarification, concurring that the appeal challenges special letters of administration. This court held in *Nevada Paving, Inc. v. Callahan*, 83 Nev. 208, 427 P.2d 383 (1967), that NRS 155.190 anticipates an appeal from general letters of administration, and that NRS 140.020 precludes an appeal from special letters of administration. *Id.* At 210-11, 427 P.2d at 384. As both parties concede that at issue in this matter are special letters of administration, which this court held are not independently appealable, this court concludes that it lacks jurisdiction and

ORDERS this appeal DISMISSED.

_____, J.
Silver

_____, J.            _____, J.
Cadish                                  Pickering

cc:     Hon. Veronica Barisich, District Judge
        Lansford W. Levitt, Settlement Judge
        Breeden & Associates, PLLC
        Lipson Neilson P.C.
        Blackrock Legal, LLC
        Eighth District Court Clerk